An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL STREMLER; AND BARBARA STREMLER,
Appellants,
vs.
ROBERT LINCOLN; AND SALLIE LINCOLN,
Respondents.

No. 66019

FILED

AUG 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Having considered respondents' July 15, 2014, motion to dismiss this appeal, appellants' opposition thereto, and respondents' reply, we conclude that we lack jurisdiction over this appeal. In particular, appellants filed their notice of appeal from a district court order granting partial summary judgment in an easement action. But this order was not a final judgment, *see* NRAP 3A(b)(1) (providing for an appeal from a final judgment in an action or proceeding); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (explaining that a final judgment is one that disposes of all issues presented in the case and leaves nothing for the future consideration of the district court, except for post-judgment issues, such as attorney fees and costs), or otherwise appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984) (noting that no appeal may be taken unless authorized

SUPREME COURT
OF
NEVADA

(O) 1947A

14-27248

by statute or court rule). Accordingly, as the challenged order is not appealable, we lack jurisdiction to consider this appeal, and we therefore grant respondents' motion and

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Richard Wagner, District Judge
       Barbara Stremler
       Michael Stremler
       Parsons Behle & Latimer/Reno
       Pershing County Clerk